Seth Ptasiewicz, Esq. (SP-8875)
**KROLL HEINEMAN CARTON LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
*Attorneys for Plaintiffs*

RECEIVED

MAY - 6 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68, AFL-CIO, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 WELFARE FUND AND THE TRUSTEES THEREOF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 PENSION FUND AND THE TRUSTEES THEREOF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 APPRENTICE TRAINING FUND AND THE TRUSTEES THEREOF, and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 ANNUITY FUND AND THE TRUSTEES THEREOF, | Civil Action No.: 11-3932 (MAS) <br><br> CIVIL ACTION <br><br> **ORDER ON MOTION FOR FINAL JUDGMENT BY DEFAULT** |
| Plaintiffs, | |
| v. | |
| RESORTS INTERNATIONAL HOTEL, INC., WELLS FARGO BANK, N.A., and FICTITIOUS DEFENDANTS, | |
| Defendants. | |

**THIS MATTER HAVING BEEN** opened to the Court by the application of Plaintiffs INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68, AFL-CIO, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 WELFARE FUND AND THE TRUSTEES THEREOF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68

PENSION FUND AND THE TRUSTEES THEREOF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 APPRENTICE TRAINING FUND AND THE TRUSTEES THEREOF, and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 ANNUITY FUND AND THE TRUSTEES THEREOF, for an Order pursuant to Federal Rule of Civil Procedure 55(b)(2) for Final Judgment by Default as against Defendant RIH International Hotel, Inc. and the Court having considered the parties' submissions and good cause having been shown:

IT IS ORDERED ON THIS 6th DAY OF MAY, 2014 AS FOLLOWS:

1. Final Judgment by Default in favor of Plaintiffs INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68, AFL-CIO, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 WELFARE FUND AND THE TRUSTEES THEREOF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 PENSION FUND AND THE TRUSTEES THEREOF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 APPRENTICE TRAINING FUND AND THE TRUSTEES THEREOF, and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 ANNUITY FUND AND THE TRUSTEES THEREOF and against defaulting Defendant RIH International Hotel, Inc. pursuant to Federal Rule of Civil Procedure 55(b)(2) is hereby entered;

2. Judgment in favor of Plaintiff INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68, AFL-CIO, and against defaulting Defendant RIH International Hotel, Inc. pursuant to Federal Rule of Civil Procedure 55(b)(2) in the amount of $158,248.00 is hereby entered; and

3. Judgment in favor of Plaintiffs INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 WELFARE FUND AND THE TRUSTEES THEREOF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 PENSION FUND AND THE TRUSTEES THEREOF, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 68 APPRENTICE TRAINING FUND AND THE TRUSTEES THEREOF, and INTERNATIONAL UNION OF OPERATING

ENGINEERS, LOCAL 68 ANNUITY FUND AND THE TRUSTEES THEREOF, and against defaulting Defendant RIH International Hotel, Inc. pursuant to Federal Rule of Civil Procedure 55(b)(2) in the amount of $300,465.00 is hereby entered; and

4. A copy of this Order shall be served on Defendant RIH International Hotel, Inc. by Plaintiffs within seven (7) days of the entry of this Order.

*[signature]*

HONORABLE DOUGLAS E. ARPERT, U.S.M.J.